# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Roadget Business Pte. Ltd.

                                           Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:23−cv−17036

　　　　　　　　　　　　　　　　　Honorable Sara L. Ellis

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 8, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 2/8/2024 and continued to 3/26/2024 at 9:30 AM for ruling on Plaintiff's motion for preliminary injunction. Pursuant to the parties' agreement, the Court modifies the asset restraining contained in the temporary restraining order. Thus, the Court denies as moot Defendants' motion to dissolve or modify temporary restraining order [23], [26]. The Court grants Plaintiff's motion to extend the temporary restraining order [29]. Plaintiff shall file the motion for preliminary injunction on or before 2/15/2024. Defendant's response shall be filed by 2/22/2024, and any replies by 2/29/2024. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.