IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>     Plaintiff,<br><br> vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>     Defendants. | Case No.: 1-23-cv-17036<br><br>Judge Sara L. Ellis |

## JOINT MOTION TO CONTINUE INITIAL STATUS CONFERENCE

 Counsel for all parties hereby jointly move to continue the initial telephonic status conference currently scheduled for February 22, 2024. The parties are in agreement on this schedule and do not seek this amendment for the purpose of unnecessary delay. No previous such continuances have been requested.

 The parties respectfully request that the Court continue the initial status conference to March 26, 2024, when the Court is ruling on Plaintiff's motion for preliminary injunction. A Joint Initial Status Report will be submitted to the Court by March, 19, 2024.

Date: February 15, 2024

Respectfully submitted,

2

/s/ *Steven J. Horowitz*

Steven J. Horowitz
Matthew D. Binder
Deepa A. Chari
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
mbinder@sidley.com
dchari@sidley.com

*Counsel for Plaintiff*
*Roadget Business Pte. Ltd.*

/s/ *Christopher J. Fahy*

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Christopher@archlakelaw.com
*Counsel for Defendants*

Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com
*Counsel for Defendants*
*Pro hac vice* forthcoming

William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com
*Counsel for Defendants*
*Appearance forthcoming*