**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Roadget Business Pte. Ltd.

Plaintiff,

v.

Case No.:
1:23−cv−17036

Honorable Sara L.
Ellis

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 20, 2024:

    MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties'
motion to continue the initial status hearing [42]. The Court strikes the status date set for
2/22/2024 and resets it to 3/26/2024 at 9:30 AM. The Court grants Defendants' motion
and Plaintiff's motion for leave to file under seal [45], [48]. The Court strikes the
presentment date of 2/21/2024 for Plaintiff's motion for preliminary injunction and relies
upon the briefing schedule previously set [40]. The Court sets the following briefing
schedule on Defendants' motion to dismiss [43]: Plaintiff's response is due by 3/22/2024
and Defendants' reply is due by 4/5/2024. The Court sets a ruling date for 6/5/2024 at 9:30
AM for ruling on Defendants' motion to dismiss [43]. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.