**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., | |
| Plaintiff, | Case No.: 1:23-cv-17036 |
| vs. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | **Judge Sara L. Ellis** |
| Defendants. | |

**<u>Order to Modify Freeze of Defendants' Assets</u>**

The asset freeze put in place in the Temporary Restraining Order, Dkt. 20, is hereby modified as to the Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint (hereinafter the "Defendants"). The freeze of Defendants' assets is reduced to 100% of the Defendants' assets attributable to sales of products allegedly infringing Roadget Business PTE. Ltd.'s copyrights, as indicated in the column titled "Sales from the Accused Products" in the table included in Defendants' Memorandum in Support of Motion to Dissolve or Modify the TRO, Dkt. 27 at 3. Additionally, the Temporary Restraining Order will remain in place pending the disposition of Plaintiff's forthcoming preliminary injunction motion, which is due to be filed by February 15, 2024.

Dated: <u>February 22, 2024</u>

Judge Sara L. Ellis
United States District Judge