IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:23-cv-17036<br><br>**Judge Sara L. Ellis** |

## DECLARATION OF DEEPA A. CHARI

I, Deepa A. Chari, declare and state as follows:

1. I am an attorney licensed to practice in Illinois and before this Court. I am counsel for Plaintiff Roadget Business Pte. Ltd. in this matter.

2. I submit this Declaration in support of Roadget's Response to Defendants' Motion to Dismiss or Sever. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify to these statements.

3. On December 22, 2023, I clicked each of the links to the Defendants' online stores, which appear in the "Defendant Online Marketplace" column of Schedule A to the Complaint. At that time, a reasonable investigation, including a close examination of their websites for contact information, did not uncover Defendants' business addresses.

1

4. On February 13, 2024, a member of my team discovered that the address entries for 23 of the 27 Temu seller defendants in another case had apparently been changed to add an entity name and detailed address that were not available on at least one date prior to that date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2024

Deepa A. Chari