IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:23-cv-17036<br><br>Judge Sara L. Ellis |

## PLAINTIFF'S MOTION TO EXTEND PRESENTMENT DATE OF MOTION FOR DEFAULT

Plaintiff Roadget Business Pte. Ltd. ("Roadget") respectfully moves the Court to extend the status hearing date scheduled for May 28, 2024 at 9:45 A.M. per the Court's Order at Dkt. 87, which requires Roadget to file any motion for entry of default and for default judgment and notice it for presentment at the status hearing. This is the first request for an extension of time as to this status hearing date. No party has indicated opposition to this motion, as there are no Defendants remaining in the case who have entered an appearance.

This Court previously dismissed all Defendants but one from the case. Dkt. 86. Roadget anticipates resolving settlement negotiations with the remaining Defendant shortly. If those negotiations are successful, default judgment will be unnecessary, but more time is needed to coordinate settlement. Roadget therefore respectfully requests that the Court extend the status hearing date by 21 days to June 18, 2024.

May 22, 2024                                      Respectfully submitted,

                                                 /s/ *Steven J. Horowitz*
                                                 Steven J. Horowitz
                                                 Matthew D. Binder
                                                 Deepa A. Chari
                                                 **SIDLEY AUSTIN LLP**
                                                 One South Dearborn
                                                 Chicago, IL 60603
                                                 Telephone: (312) 853-7000
                                                 Facsimile: (312) 853-7036
                                                 shorowitz@sidley.com
                                                 mbinder@sidley.com
                                                 dchari@sidley.com

                                                 *Counsel for Plaintiff*
                                                 *Roadget Business Pte. Ltd.*