IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:23-cv-17036<br><br>Judge Sara L. Ellis |

**NOTICE OF PLAINTIFF'S MOTION TO EXTEND PRESENTMENT DATE OF MOTION FOR DEFAULT**

**Please take notice** that on **TUESDAY, MAY 28, 2024, at 9:45 A.M.**, or as soon thereafter as counsel may be heard, the undersigned will appear by telephone before the Honorable Judge Sara L. Ellis, or any Judge sitting in her stead, and present Plaintiff's Motion to Extend Presentment Date of Motion for Default.

May 22, 2024 Respectfully submitted,

  /s/ *Steven J. Horowitz*
Steven J. Horowitz
Matthew D. Binder
Deepa A. Chari
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
shorowitz@sidley.com
mbinder@sidley.com
dchari@sidley.com

*Counsel for Plaintiff*
*Roadget Business Pte. Ltd.*